

| | |
|---|---|
| Commander<br>U.S. Coast Guard<br>Sector/Air Station Corpus Christi | Valent Hall<br>249 Glasson Drive<br>Corpus Christi, TX 78406<br>Phone: (361) 939-5100 |

5102
04 Sept 19

Aransas – Corpus Christi Pilots
Attn: Captain Kevin Monaco
Presiding Officer
710 Buffalo Street, Suite 611
Corpus Christi, TX 78401

Dear Captain Monaco,

I am sending this letter to inform you of a trend discovered by my investigations team involving one of your newest pilots, Captain Andrea Morrison. While my office does not plan to pursue any action against Captain Morrison's Merchant Mariner Credential pursuant to these investigations, I would like you to be aware of this trend. In the past year, Captain Morrison has been involved in the following three incidents.

- September 18, 2018: The SBI APOLLO, piloted by Captain Morrison, collided with the towing vessel AMERICAN SPIRIT and its barges after making port-to-port passing arrangements.
- December 2, 2018: The SAKURA PRINCESS, piloted by Captain Morrison, collided with a barge being pushed by the RON HULL while overtaking the tug and barges.
- August 12, 2019: The LNG vessel KINISIS, while Captain Morrison had the conn, was involved in a near miss allision with the Port Aransas Ferry Terminal, causing the ferry PHIL WILSON to be evacuated.

None of these investigations reached the threshold to conduct a formal causal analysis to determine causal factors or assign fault to any involved party. However, the investigations of these incidents showed the following as possible factors: lack of communication, lack of anticipation of ship-handling characteristics for the existing conditions, and making decisions based on assumptions about the locations and intentions of the involved vessels without verification. Even though my office is not taking action against Captain Morrison's credentials, I recommend you review and discuss this trend within the pilot association and Pilot Review Board to determine if any actions by these organizations are warranted to prevent another incident or near miss.



PLAINTIFF'S EXHIBIT C

I truly value the partnership the Coast Guard has established with the Aransas-Corpus Christi Pilots over the past several years. You and your organization's focus on maritime safety and intricate knowledge of the port have been essential in conducting safe operations in our maritime environment. My staff and I continuously strive to look for areas to improve safety on the waterways but especially now during this time of unprecedented growth. I thank you in advance for your cooperation. If you have any further questions or concerns regarding this matter, please contact Commander Jerry Butwid at 361-939-5100.

                                                Sincerely,

                                                E. J. GAYNOR
                                                Captain, U.S. Coast Guard
                                                Captain of the Port of Corpus Christi

Copy: Aransas-Corpus Christi Pilot Review Board Secretary