# *Aransas-Corpus Christi Pilots*

PO Box 2767, Corpus Christi, Texas 78403

Telephone (361) 884-5899                                    Facsimile (361) 884-1659

September 13th, 2019

Captain Andrea Morrison
101 Boardwalk Ave.
Rockport, TX  78382

Dear Captain Morrison,

Following our meeting on September 9, 2019, we are sending you a formal notice that you are suspended from the deputy pilot training program.  This was a group decision based on a number of issues and serious safety concerns.  This came to a head when the Captain of the Port recently sent us, and the Pilot Review Board, a letter regarding concerns they have over your training as a deputy pilot. In case you do not have a copy, it is enclosed.

In response, the members of the Aransas-Corpus Christ Pilots Association met on September 9, 2019 to discuss amongst ourselves concerns with your progression as a deputy pilot, and whether you could safely complete the deputy pilot training program.  It was our decision that it would be unsafe to continue to dispatch you.  As a result, you will be unable to complete the deputy pilot training program and will not be eligible to become a branch pilot here.  Although we are not terminating you, that is the net effect and we are therefore beginning your six-month termination severance immediately pursuant to Paragraph 5.1 of the Pre-Articles of Agreement, which are enclosed.  In addition to this severance package we are also going to continue your medical coverage during this six-month period.

Accordingly, we ask that you return all ACCP equipment and property, including any keys/fobs to any pilot cars and the office; credit and gas cards; binoculars; any personal pilot units and training materials provided; VHF radios; and any other ACCP property you may have.

In closing, we wanted you to succeed here, and are saddened it did not happen.  Should you have any questions or concerns regarding this, please feel free to contact myself, Captain Williams or Captain Dooley.

Best Regards,

Captain Kevin C. Monaco
Presiding Officer
Aransas-Corpus Christi Pilots