ATTACHMENT ONE

<u>RULES AND REGULATIONS</u>
<u>GOVERNING</u>
<u>PILOTS AND PILOTAGE ON THE CORPUS CHRISTI SHIP CHANNEL</u>
<u>EFFECTIVE AUGUST 1, 2013</u>
<u>AMENDED EFFECTIVE MAY 13, 2014</u>
<u>AMENDED EFFECTIVE OCTOBER 1, 2014</u>
<u>AMENDED EFFECTIVE JANUARY 13, 2015</u>
<u>AMENDED EFFECTIVE JULY 1, 2017</u>
<u>AMENDED EFFECTIVE APRIL 17,</u>
<u>AMENDED EFFECTIVE AUGUST 21, 2018</u>
<u>AMENDED EFFECTIVE SEPTEMBER 1, 2019</u>
<u>AMENDED EFFECTIVE AUGUST 18, 2020</u>
<u>AMENDED EFFECTIVE SEPTEMBER 1, 2020</u>
<u>AMENDED EFFECTIVE MARCH 1, 2021</u>
<u>AMENDED EFFECTIVE AUGUST 17, 2021</u>
<u>AMENDED EFFECTIVE OCTOBER 19, 2021</u>

**I**    <u>**GENERAL**</u>

The Rules and Regulations ("Rules") contained herein are adopted by the Board of Pilot Commission for the Port of Corpus Christi Authority to carry out the Port of Corpus Christi Pilots Licensing and Regulatory Act, Chapter 70, Texas Transportation Code.

For purposes of these Rules, the following definitions apply:

- "CCSC" means the Corpus Christi Ship Channel

- "Cut A" means the CCSC from Port Aransas to Ingleside.

- "Cut B" means the CCSC from Ingleside to the Harbor Bridge.

- "Inner Harbor" means the CCSC westward of the Harbor Bridge.

- "Tanker" means any Vessel carrying, or designed to carry, liquid cargoes in bulk.

- "Category One Tanker" means a Tanker with the following dimensions:

  ▪ Greater than 748 feet (227.99 meters) Length Over All (LOA), <u>and</u>
  ▪ Greater than 120 feet (36.58 meters) Beam (Width), <u>and</u>
  ▪ Greater than 40.9 feet (12.47 meters) Draft.

- "Category Two Tanker" means a Tanker with the following dimensions:

  ▪ Greater than 748 feet (227.99 meters) LOA, and either
  ▪ Greater than 120 feet (36.58 meters) Beam, or
  ▪ Greater than 40.9 feet (12.47 meters) Draft.

**ATTACHMENT ONE**

**II      LIMITATIONS AND RESTRICTIONS**

*Draft Restrictions*

The Maximum Draft for any Vessel transiting the CCSC will be 45 feet (13.72 meters), and with a positive tide reading.

*Combined Beam Restrictions*

The following Combined Beam Restrictions will apply to all Vessels:

- Within Cut A, the permissible combined beam for passing Vessels is 265 feet (80.77 meters).
- Within Cut B, the permissible combined beam for passing Vessels is 215 feet (65.53 meters).
- Within the Inner Harbor, at the location of the ADM and Citgo Docks, the permissible combined beam for passing Vessels (including combined beam of Vessels berthed at ADM and Citgo Docks) is 357 feet (108.81 meters).

*Daylight Only Passage Restrictions*

The following vessels are subject to *Daylight Only Passage Restrictions*:

- All Vessels greater than 900 feet (274.32 meters) Length Over All (LOA)
- All Vessels greater than 130,000 Deadweight Tonnage (DWT)
- All Vessels greater than 250 feet (76.20 meters) transiting "Dead Ship"
- All Vessels subject to USCG Letter of Deviation requiring Tug Escort
- All Vessels with greater than 26 feet (7.92 meters) trim, when passing under the Harbor Bridge
- All Category One Tankers

The following applies to all Vessels subject to *Daylight Only Passage Restrictions* as per these Rules:

- Inbound Passages are restricted to Pilot boarding no earlier than ½ hour before Sunrise, and no later than the times detailed below for the various locations.
- Outbound Passages are restricted to Pilot boarding no earlier than Sunrise, and no later than the times detailed below for the various locations.

**ATTACHMENT ONE**

- o From <u>Viola Basin</u>      -      5 ½ hours before Sunset
- o From <u>Tule Basin</u>      -      5 hours before Sunset
- o From <u>Chemical Basin</u> -      4 ½ hours before Sunset
- o From <u>Avery Basin</u>      -      4 hours before Sunset
- o From <u>Main Basin</u>      -      3 ½ hours before Sunset
- o From <u>Ingleside</u>      -      2 ½ hours before Sunset

***Liquified Natural Gas Carrier (LNGC) Exemption (Effective March 1, 2021)***

Liquified Natural Gas Carriers (LNGC) not transiting "Dead Ship" or subject to a USCG Letter of Deviation requiring Tug Escort are exempt from these *Daylight Only Passage Restrictions* provided the Master of the Vessel and the Pilots dispatched to pilot the Vessel agree that the transit is safe to proceed.  Any such movement shall be deemed a "Special Service" under the Aransas-Corpus Christi Pilots' currently published Tariff.

***Vessels Exempt from Daylight Only Passage Restrictions (Effective August 17, 2021)***

All vessels subject to *Daylight Only Passage Restrictions* (other than VLCCs) not transiting "Dead Ship" or subject to a USCG Letter of Deviation requiring Tug Escort are exempt from these Daylight Only Passage Restrictions provided the Master of the Vessel and the Pilots dispatched to pilot the Vessel agree that the transit is safe to proceed.  Any such movement shall be deemed a "Special Service" under the Aransas-Corpus Christi Pilots' currently published Tariff.

***One Way Traffic Restrictions***

The following Vessels will be restricted to One Way Traffic within Cut B:

- All Vessels greater than 900 feet (274.32 meters) Length Over All (LOA)

- All Vessels greater than 130,000 Deadweight Tonnage (DWT)

- All Vessels greater than 250 feet (76.20 meters) transiting "Dead Ship"

The following Vessels will be restricted to One Way Traffic within both Cut A and Cut B:

- All Category One Tankers when transiting at night

ATTACHMENT ONE

***Two Pilot Requirements***

The following Vessels are required to retain the services of two Pilots for the transit:

- All Vessels greater than 900 feet (274.32 meters) Length Over All (LOA)
- All Vessels greater than 130,000 Deadweight Tonnage (DWT)
- All Vessels greater than 250 feet (76.20 meters) transiting "Dead Ship"
- All Vessels subject to USCG Letter of Deviation requiring Tug Escort
- All Vessels with greater than 26 feet (7.92 meters) trim, when passing under Harbor Bridge
- All Vessels with a beam of greater than 120 feet (36.58 meters), when transiting the Inner Harbor, at the ADM and Citgo Docks, when both docks are occupied
- All Category One and Two Tankers when transiting at night

***Additional Requirements***

All Vessels greater than 1,600 Gross Tons shall have available a functional AIS Pilot Plug.

All Aransas – Corpus Christ Pilots shall be provided with a Portable Pilot Unit for use during the transit.

III     <u>**VARIANCES**</u>

Any Vessel subject to *Daylight Only Passage Restrictions* may transit the CCSC at night, with Two Pilots onboard, subject to the approval of both the Harbor Master and the Aransas – Corpus Christi Pilots Association.

Any Vessel may be exempted from *One Way Traffic Procedures* for all (or part) of the transit of the CCSC, subject to the approval of both the Harbor Master and Aransas – Corpus Christi Pilot's Association.

Any Vessel exceeding the parameters of these Rules may be subject to various restrictions, including additional pilots, *Daylight Only Passage Restrictions*, *One Way Traffic Procedures*, mandatory Tug assistance, or be denied entry.

These Rules are based on normal traffic patterns and typical weather/tidal conditions. Variances from these Rules may be imposed at times by Federal, State or local authorities because of weather, prevailing channel conditions, or other reasons.

**ATTACHMENT ONE**

**IV       DUTIES OF ADDITIONAL PILOTS (Effective May 13, 2014)**

This Section IV applies only when a Vessel transiting the Corpus Christi Ship Channel requires the services of two or more Pilots. The additional Pilot(s) will assist in gaining, maintaining and assessing situational awareness, problem solving, and decision making throughout the transit. This will enable the conning Pilot to not become overloaded such that situational awareness can be maintained at all times allowing the conning Pilot to concentrate on the conduct of the Vessel in the waterway.

Only one Pilot will be conning a Vessel at any given time. It will be communicated to the Bridge Team during the Master Pilot Exchange which Pilot will be conning and which Pilot(s) will be assisting. It will be subsequently communicated to the Bridge Team when the conning Pilot and the additional Pilot(s) exchange duties. The additional Pilot(s) will be engaged throughout the transit and may assist any time needed as outlined below:

> Boarding / Communications with crew:
>   -Assist during Master-Pilot Exchange.
>   -Evaluation of Vessel's navigation equipment.
>   -Review Under Keel Clearance (UKC) issues.
>   -Arrange traffic meeting situations.
>
> Transit of waterway:
>   -The additional Pilot(s) may be stationed at different locations on the Vessel to aid with any visibility/deck obstruction issues.
>   -Assess any hazards to the safe navigation of the Vessel.
>   -Monitor position of Vessel in the channel.
>
> Docking / Undocking:
>   -Assist during docking, undocking, close quarter situations, and turning.
>   -Positioning of Vessel at berth / liaising with dock personnel.
>   -Coordinate with line handlers.
>
> Accident Avoidance and Response:
>
>   -Replace conning Pilot in case of incapacitation.
>   -Handle communications with authorities.
>   -Coordinate damage control and spill mitigation.
>   -Coordinate tug assist.

**ATTACHMENT ONE**

**V        WORK-REST REQUIREMENTS FOR PILOTS (Effective July 1, 2017)**

A Pilot's work hours may not exceed 13 total hours in any 24-hour period. After a Pilot has completed 13 total hours of work in any 24-hour period, he or she is required to take 10 consecutive hours of rest. A Pilot who works 13 total hours in the preceding 24-hour period will not be dispatched to a Vessel until the 10-hour rest period has been satisfied. Regardless of the number of hours worked, in any 24-hour period a Pilot must have at least one consecutive 6-hour uninterrupted rest period. A Pilot has the duty to refuse an assignment if the Pilot deems himself or herself insufficiently rested or unfit.

In the event of an extended channel closure of 12 hours or more in duration, a Pilot's work hours may not exceed 15 total hours in any 24-hour period after the channel is opened. The required rest periods in the previous paragraph still apply.

Work is defined as the time a Pilot is performing his or her duties as a State commissioned and licensed pilot. A Pilot's work hours for a Vessel transit of the Corpus Christi Ship Channel ("CCSC") start with the Vessel's first Master-Pilot Exchange ("Start Time"). In other words, all Pilots on board a Vessel will have the same Start Time. A Pilot's work hours for a transit of the CCSC stop one half hour after the Pilot steps off the Vessel or when the Pilot's work hours for his or her next transit begin, if earlier ("Stop Time"). Each Pilot will record his or her Start Time and Stop Time for each transit and will report these times to the Aransas-Corpus Christi Pilots Association's dispatcher as soon as practicable following a transit. The dispatcher will log these times into a master logbook for all Pilots. The logbook may be in paper or electronic form, and it shall be made available for inspection by the Board of Pilot Commissioners for the Port of Corpus Christi Authority or its representatives upon request.

**VI       377 ' COMBINED BEAM RESTRICTION (Effective April 17, 2018)**

A navigational choke point exists in the Corpus Christi Inner Harbor in the vicinity of the ADM Grain Elevator and CITGO Dock #1 whenever certain size vessels are moored or must pass through the area. The following guidelines were developed by the Port of Corpus Christi, the Aransas-Corpus Christi Pilots, ADM, CITGO and Valero and are currently in effect. The guidelines do not apply unless the combined beam of vessels at CITGO 1, ADM, and the passing vessel causes an overage of 357'.

   1. If vessel beams at both CITGO 1 and ADM are 106' or less and the passing vessel's beam causes an overage of 377', the first vessel secured at ADM or CITGO 1 will have 24 hours to move from the time the passing vessel sets shifting time order, arrives at the bar or sets a sail order.

**ATTACHMENT ONE**

2. If vessels are at CITGO 1 and ADM with combined beams of 212' or over, the last secured vessel will be required to move after 24 hours. Time begins when passing vessel is ready to move. (Shifting time order, arrived at bar, sail order).

3. After vessel returns to berth, vessel may occupy berth for operations for at least 24 hours before vacating, if required.

4. Vessels must begin operations as soon as practical after securing at berth and continue to work all available hours.

5. Vessels may continue to work as long as combined beams, including passing vessel, do not exceed 377'.

6. If the combined beams, including passing vessel does not exceed 377' but the passing vessel does not meet operational parameters set by the Aransas-Corpus Christi Pilots, Section VI items 1, 2, 3, and 4 would apply.

7. Any vessel passing, while not creating a combined beam of over 377' will provide information deemed necessary prior to the passage of the vessel and will include but is not limited to:

    a. General Arrangement Plan;

    b. Mooring Arrangement Plan (Forward and Aft);

    c. Freeboard (Forward and Aft);

    d. Estimated drafts when transiting the area (Inbound and Outbound);

    e. Transom width;

    f. Distance between outermost chocks on the transom; and

    g. Safe Working Load (SWL) of chocks and bits on Bow and Stern.

8. Dependent on wind conditions at the time of vessel order, the following tug matrix will apply:

    a. Wind up to 15 knots: (1) 75-ton tractor tug and (2) 60-ton tractor tugs;

7

**ATTACHMENT ONE**

b. Wind over 15 knots and up to 25 knots: (3) 75-ton tractor tugs; and

c. Wind speed to be derived from Harbormaster's office anemometer or the TCOON station located in Nueces Bay.

**VII**     <u>INGLESIDE TUG ESCORT AND SPEED REQUIREMENT</u>
       **(Effective August 17, 2021)**

The purpose of this requirement is to provide additional emergency response capability and speed control to higher risk vessels transiting the Ingleside Area. The "Ingleside Area" is defined as the terminal facilities present along the Corpus Christi Ship Channel between the La Quinta Channel and Corpus Christi Ship Channel Intersection and the Rockport-Cut Intracoastal Waterway Intersection or approximately between navigational beacons ('lights") 32 and 36. Escort tug - Bollard Pull Rating is measured in metric tons (MT) and is the minimum for that vessel parameter. Every assigned tug must have a formal "Escort" notation issued from its Classification Society and be tethered on the stern. Additional escort requirements may be imposed on any ship on a case-by-case basis.

The following vessels require a mandatory tethered tug assist while transiting the Ingleside Area:

| | LOA Range | | Beam Range | | Draft | Escort Tug – Bollard Pull Rating Metric Tons (MT) |
|---|---|---|---|---|---|---|
| All Vessels | Over 820 feet | And | Over 144 feet | And | 34 feet and over | One 75 MT Minimum |
| All Vessels | 750 feet and over | And | Over 120 feet up to and including 144 feet | And | 36 feet and over | One 75 MT Minimum |
| All Vessels | Over 700 feet | And | 105 feet up to and including 120 feet | And | 38 feet and over | One 60 MT Minimum |

**ATTACHMENT ONE**

Speed guideline for vessels displacing 100,000 MT or more when laden vessels present at an Ingleside facility: < 6.5 knots speed through the water.

Nothing in this requirement supersedes Rule 2 or Rule 6 of the Federal Inland Navigation Rules.

## VIII    <u>MINIMUM TRIM</u> (Effective October 19, 2021)

All Vessels shall be trimmed by the stern when transiting the CCSC unless operationally unfeasible. A minimum 1.5-foot (approximately 0.5 meter) trim by the stern is required for all Vessels transiting with a draft less than the maximum allowable draft of the CCSC, the La Quinta Channel, or the berth.

## IV    <u>GENERAL CONDITIONS</u>

These Rules shall apply to all Vessels transiting the CCSC, regardless of whether the vessel is transiting under federal pilotage authority, or with a state-licensed, Aransas – Corpus Christi Pilot onboard.

In obeying and construing these Rules, due regard shall be had to all dangers of navigation and recognition is hereby given to the responsibility of the individual Pilot to exercise judgment as to any special circumstance which may render a departure from the Rules contained herein necessary in order to avoid immediate danger.

Nothing in these Rules obligates an individual pilot to move a vessel when, in that pilot's opinion, it is unsafe to do so. These Rules made in the interest of safety. They are not intended to limit or supersede the on-scene discretion of an individual Pilot or ship's Master as they navigate vessels on the CCSC. The Pilot and Master on the vessel are best situated to evaluate the specific situation confronting a Vessel and determine a proper course of action. Situations may arise in which actions that depart from or conflict with these Rules may be necessary to address special circumstances or avoid immediate danger. The Pilot, with approval of the ship's Master, may determine a variance from the Rules is appropriate without prior written request or approval.

Every foreign Vessel and every American Vessel engaged in foreign trade, including Vessels being moved dead, when underway on the CCSC shall employ an Aransas-Corpus Christi Pilot holding a valid commission or appointment as a Branch or Deputy Pilot.