## DEPUTY PILOT EVALUATION FORM

Date: 4/26/16   Vessel: Da Tai Shun   From/To: 0011 → Sea   12:45 order
Trip#: _____   Sunrise: 0657   Sunset: 1958
Deputy Pilot: A. MORRISON   Observing Pilot: OLSON
LOA: 109.9   DRAFT: 7.8   BEAM: 20   GROSS TONS: 7197

1. Deputy's Pilot/Master Conference and Interaction with the vessel's Captain and crew.

   | (Excellent) | Good: | Average: | Poor: | N/A: |
   
   Comments: _____

2. Deputy's interaction with Branch Pilot:

   | (Excellent) | Good: | Average: | Poor: | N/A: |
   
   Comments: _____

3. Deputy's awareness of situations on the Bridge, i.e. Rudder Indicator, RPM Indicator, Bridge equipment, radar tuned, Utilization of ships' equipment.

   | (Excellent) | Good: | Average: | Poor: | N/A: |
   
   Comments: _____

4. Deputy's radio/communication skills with Tows, Ships, Harbor Tugs, HMO, Pilots and Office.

   | (Excellent) | Good: | Average: | Poor: | N/A: |
   
   Comments: _____

5. Knowledge and awareness of traffic movements/situations as they develop on the Ship Channel

   | (Excellent) | Good: | Average: | Poor: | N/A: |
   
   Comments: _____

6. Knowledge, positioning and use of Tugs in Docking, Undocking or Turning Vessel.

   | (Excellent) | Good: | Average: | Poor: | N/A: |
   
   Comments: _____

7. Deputy's approach to the dock: Speed, Angle & Landing alongside the dock.  N/A

   | Excellent: | Good: | Average: | Poor: | (N/A) |
   
   Comments: _____

8. Deputy's performance undocking, singling-up, awareness of weather, etc.

   | (Excellent) | Good: | Average: | Poor: | N/A: |
   
   Comments: _____

9. Deputy's performance backing down a vessel.

   | (Excellent) | Good: | Average: | Poor: | N/A: |
   
   Comments: _____

10. Execution of turns in the channel and turning basins.

| Excellent: | Good: | Average: | Poor: | N/A: (circled) |
|---|---|---|---|---|
| Comments: | | | | |

11. Performance when working in Pilot Boarding/Disembarking Area: Speed, Approach, Departure, Traffic Management, Proper Orders given.

| Excellent: (circled) | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

12. Overall performance for the transit of the Ship Channel:

| Excellent: (circled) | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

**Additional Comments:**

_____
_____
_____
_____
_____
_____
_____
_____

**Branch Pilot Sign and Date:** _[signature]_____

Fill out form in ink. Be as detailed and specific as possible. A copy will be placed in the Deputy's permanent file. This form must be signed and dated by the Branch Pilot. This form may be used to make remarks regarding constructive criticism or positive remarks concerning the Deputy Pilot.

**Deputy Pilot is responsible for ensuring an evaluation form is completed for every job performed and filed at the Pilot Office for review.** A minimum of 300 jobs (2.5 jobs/day) for the 120 day riding observer period must be completed. 50% (150) of the jobs must be completed during the hours of darkness between sunset and sunrise. The time of sunset/sunrise must be logged for each trip.

**Failure to meet the day/night requirement and trip requirements will result in dismissal from the Deputy Pilot Training Program.**

## DEPUTY PILOT EVALUATION FORM

Date: 4-27-2018  Vessel: DA WEI SHAN  From/To: OD 11 TO SEA
Trip #: _____  Sunrise: 0657  Sunset: 1958
Deputy Pilot: _____  Observing Pilot: SJC
LOA: 109.9 M  DRAFT: 7.2 M  BEAM: 20 M  GROSS TONS: 7197

1. **Deputy's Pilot/Master Conference and Interaction with the vessel's Captain and crew.**

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

2. **Deputy's interaction with Branch Pilot:**

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

3. **Deputy's awareness, of situations on the Bridge, i.e. Rudder Indicator, RPM Indicator, Bridge equipment, radar tuned, Utilization of ships' equipment.**

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

4. **Deputy's radio/communication skills with Tows, Ships, Harbor Tugs, HMO, Pilots and Office.**

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

5. **Knowledge and awareness of traffic movements/situations as they develop on the Ship Channel**

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

6. **Knowledge, positioning and use of Tugs in Docking, Undocking or Turning Vessel.**

| Excellent: | Good: | Average: | Poor: | N/A: ✓ |
|---|---|---|---|---|
| Comments: | | | | |

7. **Deputy's approach to the dock: Speed, Angle & Landing alongside the dock.**

| Excellent: | Good: | Average: | Poor: | N/A: ✓ |
|---|---|---|---|---|
| Comments: | | | | |

8. **Deputy's performance undocking, singling-up, awareness of weather, etc.**

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

9. **Deputy's performance backing down a vessel.**

| Excellent: | Good: | Average: | Poor: | N/A: ✓ |
|---|---|---|---|---|
| Comments: | | | | |

10. Execution of turns in the channel and turning basins.

| Excellent: | Good: | Average: ✓ | Poor: | N/A: |
|---|---|---|---|---|

Comments:_____

11. Performance when working in Pilot Boarding/Disembarking Area: Speed, Approach, Departure, Traffic Management, Proper Orders given.

| Excellent: | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|

Comments:_____

12. Overall performance for the transit of the Ship Channel:

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|

Comments:_____

**Additional Comments:**

THE RECOVERY, AFTER MEETING AN INBOUND DEEP-LOADED (45') AFRAMAX, WAS SLOPPY. I BELIEVE A.M.M. UNDERSTANDS THE CONCEPT, BUT WAS SLOW TO REACT TO THE SITUATION. FULL AHEAD AND HARD TO STARBOARD SHOULD HAVE BEEN EXECUTED SOONER. OVERALL THE TRANSIT WENT SMOOTHLY. NOTHING OF SERIOUS CONCERN.

**Branch Pilot Sign and Date:** S. J. Cowen   4/27/18

Fill out form in ink. Be as detailed and specific as possible. A copy will be placed in the Deputy's permanent file. This form must be signed and dated by the Branch Pilot. This form may be used to make remarks regarding constructive criticism or positive remarks concerning the Deputy Pilot.

**Deputy Pilot is responsible for ensuring an evaluation form is completed for every job performed and filed at the Pilot Office for review. A minimum of 300 jobs (2.5 jobs/day) for the 120 day riding observer period must be completed. 50% (150) of the jobs must be completed during the hours of darkness between sunset and sunrise. The time of sunset/sunrise must be logged for each trip.**

**Failure to meet the day/night requirement and trip requirements will result in dismissal from the Deputy Pilot Training Program.**

## DEPUTY PILOT EVALUATION FORM

Date: 4/29/18  Vessel: MIT. BOW FIRDA  From/To: D.D. #8 TO SEA
Trip#: ___  Sunrise: 06:57  Sunset: 19:58
Deputy Pilot: A.M.M.  Observing Pilot: Sammy Murphy
LOA: 183.1M  DRAFT: 6M  BEAM: 32.2M  GROSS TONS: 23,190

1. Deputy's Pilot/Master Conference and Interaction with the vessel's Captain and crew.

   | Excellent: ✓ | Good: | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   | Comments: | | | | |

2. Deputy's interaction with Branch Pilot:

   | Excellent: ✓ | Good: | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   | Comments: | | | | |

3. Deputy's awareness of situations on the Bridge, i.e. Rudder Indicator, RPM Indicator, Bridge equipment, radar tuned, Utilization of ships' equipment.

   | Excellent: | Good: ✓ | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   | Comments: | | | | |

4. Deputy's radio/communication skills with Tows, Ships, Harbor Tugs, HMO, Pilots and Office.

   | Excellent: | Good: ✓ | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   | Comments: | | | | |

5. Knowledge and awareness of traffic movements/situations as they develop on the Ship Channel

   | Excellent: | Good: ✓ | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   | Comments: | | | | |

6. Knowledge, positioning and use of Tugs in Docking, Undocking or Turning Vessel.

   | Excellent: | Good: ✓ | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   | Comments: | | | | |

7. Deputy's approach to the dock: Speed, Angle & Landing alongside the dock.

   | Excellent: | Good: | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   | Comments: JOB WAS SAILING | | | | |

8. Deputy's performance undocking, singling-up, awareness of weather, etc.

   | Excellent: | Good: ✓ | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   | Comments: | | | | |

9. Deputy's performance backing down a vessel.

   | Excellent: | Good: ✓ | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   | Comments: | | | | |

10. Execution of turns in the channel and turning basins.

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

11. Performance when working in Pilot Boarding/Disembarking Area: Speed, Approach, Departure, Traffic Management, Proper Orders given.

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

12. Overall performance for the transit of the Ship Channel:

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

Additional Comments:

No Comments, Everything went good.

Branch Pilot Sign and Date: *Sammy T. Murphy*  4/29/18

Fill out form in ink. Be as detailed and specific as possible. A copy will be placed in the Deputy's permanent file. This form must be signed and dated by the Branch Pilot. This form may be used to make remarks regarding constructive criticism or positive remarks concerning the Deputy Pilot.

Deputy Pilot is responsible for ensuring an evaluation form is completed for every job performed and filed at the Pilot Office for review. A minimum of 300 jobs (2.5 jobs/day) for the 120 day riding observer period must be completed. 50% (150) of the jobs must be completed during the hours of darkness between sunset and sunrise. The time of sunset/sunrise must be logged for each trip.

Failure to meet the day/night requirement and trip requirements will result in dismissal from the Deputy Pilot Training Program.

# DEPUTY PILOT EVALUATION FORM

Date: 5/1/18  Vessel: GLENDA MEGAN  From/To: SEA / 007

Trip#: ___  Sunrise: ___  Sunset: ___

Deputy Pilot: ANDREA MORRISON  Observing Pilot: TODD OLSON

LOA: 601  DRAFT: 8.2 M  BEAM: 105  GROSS TONS: 29130

1. Deputy's Pilot/Master Conference and Interaction with the vessel's Captain and crew.

| (Excellent:) | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

2. Deputy's interaction with Branch Pilot:

| (Excellent:) | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

3. Deputy's awareness of situations on the Bridge, i.e. Rudder Indicator, RPM Indicator, Bridge equipment, radar tuned, Utilization of ships' equipment.

| (Excellent:) | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

4. Deputy's radio/communication skills with Tows, Ships, Harbor Tugs, HMO, Pilots and Office.

| (Excellent:) | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

5. Knowledge and awareness of traffic movements/situations as they develop on the Ship Channel

| (Excellent:) | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

6. Knowledge, positioning and use of Tugs in Docking, Undocking or Turning Vessel.

| (Excellent:) | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

7. Deputy's approach to the dock: Speed, Angle & Landing alongside the dock.

| Excellent: | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

8. Deputy's performance undocking, singling-up, awareness of weather, etc.

| Excellent: | Good: | Average: | Poor: | (N/A:) |
|---|---|---|---|---|
| Comments: DOCKING | | | | |

9. Deputy's performance backing down a vessel.

| Excellent: | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

10. Execution of turns in the channel and turning basins.

| Excellent: | Good: | Average: | Poor: | N/A: |

Comments:

11. Performance when working in Pilot Boarding/Disembarking Area: Speed, Approach, Departure, Traffic Management, Proper Orders given.

| Excellent: | Good: | Average: | Poor: | N/A: |

Comments:

12. Overall performance for the transit of the Ship Channel:

| Excellent: | Good: | Average: | Poor: | N/A: |

Comments:

**Additional Comments:**

_Nice Job_

**Branch Pilot Sign and Date:** K Todd _____ 5/1/18

Fill out form in ink. Be as detailed and specific as possible. A copy will be placed in the Deputy's permanent file. This form must be signed and dated by the Branch Pilot. This form may be used to make remarks regarding constructive criticism or positive remarks concerning the Deputy Pilot.

Deputy Pilot is responsible for ensuring an evaluation form is completed for every job performed and filed at the Pilot Office for review. A minimum of 300 jobs (2.5 jobs/day) for the 120 day riding observer period must be completed. 50% (150) of the jobs must be completed during the hours of darkness between sunset and sunrise. The time of sunset/sunrise must be logged for each trip.

Failure to meet the day/night requirement and trip requirements will result in dismissal from the Deputy Pilot Training Program.

# DEPUTY PILOT EVALUATION FORM

Date: 5-6-2018   Vessel: MAGNOLIA STATE   From/To: CITGO #3 - SEA
Trip#: _____   Sunrise: _____   Sunset: _____
Deputy Pilot: _____   Observing Pilot: BOGGY GRUMBLOT
LOA: 610'3"   DRAFT: 30'9"   BEAM: 105' 6"   GROSS TONS: _____

1. Deputy's Pilot/Master Conference and Interaction with the vessel's Captain and crew.

   | Excellent: | Good: ✓ | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   
   Comments: FRIENDS OF CREWMISHEU

2. Deputy's interaction with Branch Pilot:

   | Excellent: | Good: ✓ | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   
   Comments: _____

3. Deputy's awareness, of situations on the Bridge, i.e. Rudder Indicator, RPM Indicator, Bridge equipment, radar tuned, Utilization of ships' equipment.

   | Excellent: | Good: | Average: ✓ | Poor: | N/A: |
   |---|---|---|---|---|
   
   Comments: _____

4. Deputy's radio/communication skills with Tows, Ships, Harbor Tugs, HMO, Pilots and Office.

   | Excellent: | Good: ✓ | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   
   Comments: _____

5. Knowledge and awareness of traffic movements/situations as they develop on the Ship Channel

   | Excellent: | Good: ✓ | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   
   Comments: _____

6. Knowledge, positioning and use of Tugs in Docking, Undocking or Turning Vessel.

   | Excellent: | Good: | Average: ✓ | Poor: | N/A: |
   |---|---|---|---|---|
   
   Comments: _____

7. Deputy's approach to the dock: Speed, Angle & Landing alongside the dock.

   | Excellent: | Good: | Average: | Poor: | N/A: ✓ |
   |---|---|---|---|---|
   
   Comments: _____

8. Deputy's performance undocking, singling-up, awareness of weather, etc.

   | Excellent: | Good: ✓ | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   
   Comments: _____

9. Deputy's performance backing down a vessel.

   | Excellent: | Good: | Average: | Poor: | N/A: ✓ |
   |---|---|---|---|---|
   
   Comments: _____

10. Execution of turns in the channel and turning basins.

| Excellent: | Good: | Average: ✓ | Poor: | N/A: |
|---|---|---|---|---|
| Comments: MADE TURN C 43/44 ON FWI WITH KESUAL BARGE APPROXING | | | | |

11. Performance when working in Pilot Boarding/Disembarking Area: Speed, Approach, Departure, Traffic Management, Proper Orders given.

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

12. Overall performance for the transit of the Ship Channel:

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

Additional Comments:

LIMITED VISABILITY @ TIME OF ORDER.
LT WIND 0-5 EAST

Branch Pilot Sign and Date: [signature]  5-6-2018

Fill out form in ink. Be as detailed and specific as possible. A copy will be placed in the Deputy's permanent file. This form must be signed and dated by the Branch Pilot. This form may be used to make remarks regarding constructive criticism or positive remarks concerning the Deputy Pilot.

Deputy Pilot is responsible for ensuring an evaluation form is completed for every job performed and filed at the Pilot Office for review. A minimum of 300 jobs (2.5 jobs/day) for the 120 day riding observer period must be completed. 50% (150) of the jobs must be completed during the hours of darkness between sunset and sunrise. The time of sunset/sunrise must be logged for each trip.

Failure to meet the day/night requirement and trip requirements will result in dismissal from the Deputy Pilot Training Program.

## DEPUTY PILOT EVALUATION FORM

Date: 5/7    Vessel: SILVER LUNDA    From/To: SEA / OCC

Trip#: _____    Sunrise: _____    Sunset: _____

Deputy Pilot: A MORRISON    Observing Pilot: JLG

LOA: 600    DRAFT: 27'9    BEAM: 105    GROSS TONS: _____

1. Deputy's Pilot/Master Conference and Interaction with the vessel's Captain and crew.

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

2. Deputy's interaction with Branch Pilot.

| Excellent: | Good: | Average: ✓ | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

3. Deputy's awareness, of situations on the Bridge, i.e. Rudder Indicator, RPM Indicator, Bridge equipment, radar tuned, Utilization of ships' equipment.

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

4. Deputy's radio/communication skills with Tows, Ships, Harbor Tugs, HMO, Pilots and Office.

| Excellent: | Good: | Average: ✓ | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

5. Knowledge and awareness of traffic movements/situations as they develop on the Ship Channel

| Excellent: | Good: | Average: ✓ | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

6. Knowledge, positioning and use of Tugs in Docking, Undocking or Turning Vessel.

| Excellent: | Good: | Average: ✓ | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

7. Deputy's approach to the dock: Speed, Angle & Landing alongside the dock.

| Excellent: | Good: | Average: ✓ | Poor: | N/A: |
|---|---|---|---|---|
| Comments: APPROACHED THE BERTH TO FAST FOR THIS NO FENDER POST OUR RCAMP. | | | | |

8. Deputy's performance undocking, singling-up, awareness of weather, etc.

| Excellent: | Good: | Average: | Poor: | N/A: ✓ |
|---|---|---|---|---|
| Comments: | | | | |

9. Deputy's performance backing down a vessel.

| Excellent: | Good: | Average: | Poor: | N/A: ✓ |
|---|---|---|---|---|
| Comments: | | | | |

10. Execution of turns in the channel and turning basins.

| Excellent: | Good: | Average: ✓ | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

11. Performance when working in Pilot Boarding/Disembarking Area: Speed, Approach, Departure, Traffic Management, Proper Orders given.

| Excellent: | Good: | Average: | Poor: | N/A: ✓ |
|---|---|---|---|---|
| Comments: | | | | |

12. Overall performance for the transit of the Ship Channel:

| Excellent: | Good: | Average: ✓ | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

**Additional Comments:**

THERE WASN'T MUCH TRAFFIC, LIGHT WINDS, CLEAR SKIES LITTLE TO NO DIFFICULTY. ALL WENT WELL UNTIL THE APPROACH TO OXY. SPEED WAS A LITTLE TOO MUCH AND THE BOO TUG PUSHING 3/4 EXACERBATED THE PROBLEM. ONCE IT WAS REALISED AND CORRECTED THE REST OF THE MANEUVER WENT WELL.

**Branch Pilot Sign and Date:** _____ 5/7/18

Fill out form in ink. Be as detailed and specific as possible. A copy will be placed in the Deputy's permanent file. This form must be signed and dated by the Branch Pilot. This form may be used to make remarks regarding constructive criticism or positive remarks concerning the Deputy Pilot.

Deputy Pilot is responsible for ensuring an evaluation form is completed for every job performed and filed at the Pilot Office for review. A minimum of 300 jobs (2.5 jobs/day) for the 120 day riding observer period must be completed. 50% (150) of the jobs must be completed during the hours of darkness between sunset and sunrise. The time of sunset/sunrise must be logged for each trip.

Failure to meet the day/night requirement and trip requirements will result in dismissal from the Deputy Pilot Training Program.

## DEPUTY PILOT EVALUATION FORM

Date: 5/4/18    Vessel: WHITE STAR    From/To: SEA 1007

Trip#: _____    Sunrise: _____    Sunset: _____

Deputy Pilot: A - MORRISON    Observing Pilot: D. STINCHCOMB

LOA: _____    DRAFT: _____    BEAM: _____    GROSS TONS: _____

1. **Deputy's Pilot/Master Conference and Interaction with the vessel's Captain and crew.**

   | Excellent: ✓ | Good: | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   
   Comments: _____

2. **Deputy's interaction with Branch Pilot:**

   | Excellent: ✓ | Good: | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   
   Comments: _____

3. **Deputy's awareness, of situations on the Bridge, i.e. Rudder Indicator, RPM Indicator, Bridge equipment, radar tuned, Utilization of ships' equipment.**

   | Excellent: ✓ | Good: | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   
   Comments: _____

4. **Deputy's radio/communication skills with Tows, Ships, Harbor Tugs, HMO, Pilots and Office.**

   | Excellent: ✓ | Good: | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   
   Comments: _____

5. **Knowledge and awareness of traffic movements/situations as they develop on the Ship Channel**

   | Excellent: ✓ | Good: | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   
   Comments: _____

6. **Knowledge, positioning and use of Tugs in Docking, Undocking or Turning Vessel.**

   | Excellent: | Good: ✓ | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   
   Comments: _____

7. **Deputy's approach to the dock: Speed, Angle & Landing alongside the dock.**

   | Excellent: | Good: ✓ | Average: | Poor: | N/A: |
   |---|---|---|---|---|
   
   Comments: _____

8. **Deputy's performance undocking, singling-up, awareness of weather, etc.**

   | Excellent: | Good: | Average: | Poor: | N/A: ✓ |
   |---|---|---|---|---|
   
   Comments: _____

9. **Deputy's performance backing down a vessel.**

   | Excellent: | Good: | Average: | Poor: | N/A: ✓ |
   |---|---|---|---|---|
   
   Comments: _____

10. Execution of turns in the channel and turning basins.

| Excellent: | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|

Comments:_____

11. Performance when working in Pilot Boarding/Disembarking Area: Speed, Approach, Departure, Traffic Management, Proper Orders given.

| Excellent: | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|

Comments:_____

12. Overall performance for the transit of the Ship Channel:

| Excellent: | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|

Comments:_____

Additional Comments:

_____
_____
_____
_____
_____
_____
_____
_____

Branch Pilot Sign and Date: _____  5/5/2018

Fill out form in ink. Be as detailed and specific as possible. A copy will be placed in the Deputy's permanent file. This form must be signed and dated by the Branch Pilot. This form may be used to make remarks regarding constructive criticism or positive remarks concerning the Deputy Pilot.

Deputy Pilot is responsible for ensuring an evaluation form is completed for every job performed and filed at the Pilot Office for review. A minimum of 300 jobs (2.5 jobs/day) for the 120 day riding observer period must be completed. 50% (150) of the jobs must be completed during the hours of darkness between sunset and sunrise. The time of sunset/sunrise must be logged for each trip.

Failure to meet the day/night requirement and trip requirements will result in dismissal from the Deputy Pilot Training Program.

# DEPUTY PILOT EVALUATION FORM

Date: 5/10/15   Vessel: GRSHEM HAMBURG   From/To: SEA -7TD1

Trip#: _____   Sunrise: _____   Sunset: _____

Deputy Pilot: A. MORRISON   Observing Pilot: N Hinchcom

LOA: 570   DRAFT: 27.7   BEAM: 92   GROSS TONS: _____

1. Deputy's Pilot/Master Conference and Interaction with the vessel's Captain and crew.

| Excellent: (circled) | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

2. Deputy's interaction with Branch Pilot:

| Excellent: (circled) | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

3. Deputy's awareness, of situations on the Bridge, i.e. Rudder Indicator, RPM Indicator, Bridge equipment, radar tuned, Utilization of ships' equipment.

| Excellent: (circled) | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

4. Deputy's radio/communication skills with Tows, Ships, Harbor Tugs, HMO, Pilots and Office.

| Excellent: (circled) | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

5. Knowledge and awareness of traffic movements/situations as they develop on the Ship Channel

| Excellent: (circled) | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

6. Knowledge, positioning and use of Tugs in Docking, Undocking or Turning Vessel.

| Excellent: | Good: (circled) | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

7. Deputy's approach to the dock: Speed, Angle & Landing alongside the dock.

| Excellent: | Good: (circled) | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

8. Deputy's performance undocking, singling-up, awareness of weather, etc.

| Excellent: | Good: (circled) | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

9. Deputy's performance backing down a vessel.

| Excellent: | Good: | Average: (circled) | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

10. Execution of turns in the channel and turning basins.

| Excellent: | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

*(Excellent circled)*

11. Performance when working in Pilot Boarding/Disembarking Area: Speed, Approach, Departure, Traffic Management, Proper Orders given.

| Excellent: | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

*(Excellent circled)*

12. Overall performance for the transit of the Ship Channel:

| Excellent: | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

*(Good circled)*

**Additional Comments:**

_____
_____
_____
_____
_____
_____
_____
_____

**Branch Pilot Sign and Date:** _[signature]_ 5/10/18

Fill out form in ink. Be as detailed and specific as possible. A copy will be placed in the Deputy's permanent file. This form must be signed and dated by the Branch Pilot. This form may be used to make remarks regarding constructive criticism or positive remarks concerning the Deputy Pilot.

**Deputy Pilot is responsible for ensuring an evaluation form is completed for every job performed and filed at the Pilot Office for review. A minimum of 300 jobs (2.5 jobs/day) for the 120 day riding observer period must be completed. 50% (150) of the jobs must be completed during the hours of darkness between sunset and sunrise. The time of sunset/sunrise must be logged for each trip.**

**Failure to meet the day/night requirement and trip requirements will result in dismissal from the Deputy Pilot Training Program.**

## DEPUTY PILOT EVALUATION FORM

Date: 5/20/18    Vessel: SEVEN SEAS    From/To: HEL TO SEA

Trip#: _____    Sunrise: _____    Sunset: _____

Deputy Pilot: A. MORRISON    Observing Pilot: NED TELLER

LOA: 516.3    DRAFT: 24.6    BEAM: 93    GROSS TONS: 18201

1. Deputy's Pilot/Master Conference and Interaction with the vessel's Captain and crew.

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
| --- | --- | --- | --- | --- |
| Comments: | | | | |

2. Deputy's interaction with Branch Pilot:

| Excellent: ✓ | Good: | Average: | Poor: | N/A: |
| --- | --- | --- | --- | --- |
| Comments: | | | | |

3. Deputy's awareness, of situations on the Bridge, i.e. Rudder Indicator, RPM Indicator, Bridge equipment, radar tuned, Utilization of ships'equipment.

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
| --- | --- | --- | --- | --- |
| Comments: | | | | |

4. Deputy's radio/communication skills with Tows, Ships, Harbor Tugs, HMO, Pilots and Office.

| Excellent: ✓ | Good: | Average: | Poor: | N/A: |
| --- | --- | --- | --- | --- |
| Comments: | | | | |

5. Knowledge and awareness of traffic movements/situations as they develop on the Ship Channel

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
| --- | --- | --- | --- | --- |
| Comments: | | | | |

6. Knowledge, positioning and use of Tugs in Docking, Undocking or Turning Vessel.

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
| --- | --- | --- | --- | --- |
| Comments: | | | | |

7. Deputy's approach to the dock: Speed, Angle & Landing alongside the dock.

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
| --- | --- | --- | --- | --- |
| Comments: | | | | |

8. Deputy's performance undocking, singling-up, awareness of weather, etc.

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
| --- | --- | --- | --- | --- |
| Comments: | | | | |

9. Deputy's performance backing down a vessel.

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
| --- | --- | --- | --- | --- |
| Comments: | | | | |

10. Execution of turns in the channel and turning basins.

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

11. Performance when working in Pilot Boarding/Disembarking Area: Speed, Approach, Departure, Traffic Management, Proper Orders given.

| Excellent: ✓ | Good: | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

12. Overall performance for the transit of the Ship Channel:

| Excellent: | Good: ✓ | Average: | Poor: | N/A: |
|---|---|---|---|---|
| Comments: | | | | |

**Additional Comments:**

_____
_____
_____
_____
_____
_____
_____

**Branch Pilot Sign and Date:** _(signature)_
NEO C. TAIER

Fill out form in ink. Be as detailed and specific as possible. A copy will be placed in the Deputy's permanent file. This form must be signed and dated by the Branch Pilot. This form may be used to make remarks regarding constructive criticism or positive remarks concerning the Deputy Pilot.

Deputy Pilot is responsible for ensuring an evaluation form is completed for every job performed and filed at the Pilot Office for review. A minimum of 300 jobs (2.5 jobs/day) for the 120 day riding observer period must be completed. 50% (150) of the jobs must be completed during the hours of darkness between sunset and sunrise. The time of sunset/sunrise must be logged for each trip.

**Failure to meet the day/night requirement and trip requirements will result in dismissal from the Deputy Pilot Training Program.**