**Application Procedure for Deputy Branch Pilots on the Port of Corpus Christi Waterways**

In order to enter the pool of qualified applicants eligible for appointment as a Deputy Branch Pilot on the Port of Corpus Christi waterways (Deputy Branch Pilot Pool) a person must:

1) be at least twenty five (25) years of age.
2) be a US citizen.
3) be in good mental and physical health.
4) be of good moral character.
5) possess the requisite skill as a navigator and pilot to perform competently and safely the duties of a deputy branch pilot.
6) have a minimum 1,080 documented sea service days as defined by 46 CFR 10.232 on a minimum size vessel of 100 Gross Register Tons, while working at a minimum capacity of Mate 200 Gross Register Tons, Inland. A minimum 360 days of the 1,080 days must be while in possession of a USCG issued license of Master 1600 Gross Tons (Inland, Near Coastal, or Oceans). A candidate that holds a USCG issued license of Master Any Gross Tons upon Oceans supersedes the 360 minimum day requirement.
7) have (i) an Associate's Degree, or (ii) a minimum 60 hours of college accredited course work, or (iii) an ADDITIONAL 720 days of sea service as defined by 46 CFR 10.232 in a licensed capacity on a minimum size vessel of 100 Gross Registered Tons, while working at a minimum capacity of Mate 200 Gross Registered Tons (Inland) while in possession of a USCG issued license of Master 1600 Gross Tons (Inland, Near Coastal, or Oceans) or a USCG issued Master Any Gross Tons license (Inland, Near Coastal, or Oceans).
8) be eligible to obtain a USCG-issued First Class Pilot License of vessels any gross tons upon the Corpus Christi Channel from the Aransas Pass Sea Buoy to the Viola Turning Basin, including the La Quinta Channel, upon completion of the Aransas-Corpus Christi Pilots initial 120 day / 240 trip Deputy Pilot observation and training period.
9) provide a signed "Coast Guard Release Form." The form must be notarized.
10) provide a complete signed application.

To enter the Deputy Branch Pilot Pool, a person must submit a Deputy Branch Pilot Application to the Aransas-Corpus Christi Pilots Association, along with evidence that the person has the minimum qualifications listed above. The Application Review Committee for the Board of Pilot Commissioners for the Port of Corpus Christi Authority ("Application Review Committee") (See Note 1 below) will review all applications and supporting documents. If all of the application criteria are met and the applicant is determined to be qualified, the applicant will be placed in the Deputy Branch Pilot Pool for consideration by the Aransas-Corpus Christi Pilots for a Deputy Branch Pilot position when a vacancy or need occurs. Applicants meeting the minimum qualifications shall be so notified in writing by the Aransas-Corpus Christi Pilots Association. Applicants who do not meet the minimum qualifications shall be so notified in writing by the

Aransas-Corpus Christi Pilots Association. Incomplete applications will be returned to the sender. After three years, an applicant must reapply to remain in the Deputy Branch Pilot Pool.

Upon receipt of a complete, signed application, including a release from the applicant authorizing a background check, the Application Review Committee performs a background check to determine eligibility. The background check includes the following: personal references, education credentials, and job history (including reasons for leaving any marine-related employments). The background check also includes a criminal background check performed by the Port of Corpus Christi Authority.

The Branch Pilots of the Aransas-Corpus Christi Pilot's Association will appoint persons in the Deputy Branch Pilot Pool to the Aransas-Corpus Christi Pilot's Deputy Branch Pilot Training Program, as needed. The Board of Pilot Commissioners for the Port of Corpus Christi Authority (Pilot Board) must approve all appointments to the Deputy Branch Pilot Training Program. All appointees to the Training Program must pass a USCG Physical Examination and drug screen before being admitted to the Training Program.

Applications and supporting documents to serve as a Deputy Branch Pilot should be submitted to:
    Aransas-Corpus Christi Pilots
    P.O. Box 2767
    Corpus Christi, Texas 78403

Note 1: The Application Review Committee for the Board of Pilot Commissioners for the Port of Corpus Christi Authority was established on March 15, 2016, by the Pilot Board. The Application Review Committee is comprised of three Branch Pilots and one Port Authority representative. The Port Authority representative holds the office of Executive Director or his designee.