# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| **ANDREA MORRISON,** § | |
| § | |
| *Plaintiff*, § | |
| **v.** § | |
| § | Civil Action No. 2:20-cv-299 |
| **ARANSAS-CORPUS CHRISTI PILOTS** § | |
| **AND, BOARD OF PILOT** § | |
| **COMMISSIONERS FOR PORT OF** § | |
| **CORPUS CHRISTI AUTHORITY** § | |
| § | |
| *Defendants.* § | |

## DEFENDANT ARANSAS-CORPUS CHRISTI PILOTS' ADVISORY TO THE COURT REGARDING STAY OF DISCOVERY

**To the Honorable Judge David Morales,**

Comes now, Defendant Aransas-Corpus Christi Pilots, and further to the Court's request to advise it whether the parties wish to keep the stay of discovery and other deadlines in place, Defendant Aransas-Corpus Christi Pilots requests that the Court maintain the stay pending resolution of its most recent Summary Judgment, filed on July 7, 2022 (Doc. No. 50).

    Respectfully submitted,

    **THE CREW LAW FIRM, P.C.**

    */s/ Paxton N. Crew*
    Paxton N. Crew
    ATTORNEY-IN-CHARGE FOR

Defendant Aransas-Corpus Christi Pilots
SDTX 859147
TBA No. 24058720
303 E. Main, Suite 260
League City, Texas 77573
Paxton@thecrewlawfirm.com
Telephone: (713) 955-0909
Facsimile: (409) 908-4050

**CERTIFICATE OF SERVICE**

    I, Paxton N. Crew, do certify that a copy of Defendant's Advisory to the Court was filed on all other parties by the Southern District of Texas' Electronic Case Filing System on this 8th day of July, 2022.

*/s/ Paxton N. Crew*
Paxton N. Crew