UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANDREA MORRISON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:20-cv-299 |
| | § | |
| ARANSAS-CORPUS CHRISTI PILOTS et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court held a pre-motion conference on July 13, 2022 regarding a discovery dispute

and the continued stay of discovery. The Court issues this written order memorializing the oral

rulings made at that hearing.

(1) The case and all discovery, other than outlined in this order and the Court's D.E. 45 agreed order, remains stayed.

(2) Plaintiff must respond to Defendant Pilot Board's outstanding written discovery by **Friday, July 22, 2022**.

(3) Defendant Pilot Board's dispositive motion deadline is extended to **Friday, August 5, 2022**.

(4) Should Plaintiff require limited discovery to respond to Defendant Aransas-Corpus Christi Pilots' pending motion for summary judgment (D.E. 50) or to respond to any dispositive motion filed by Defendant Pilot Board, Plaintiff is instructed to request a hearing on this issue. The parties are instructed to attempt to work through any limited discovery requests prior to requesting the Court's involvement.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
July 14, 2022

1 / 1