UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANDREA MORRISON, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 2:20-CV-00299 |
| ARANSAS-CORPUS CHRISTI PILOTS, *et al.*, | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order on Defendants' motions for summary judgment, (D.E. 62), the Court enters final judgment dismissing with prejudice all claims against Defendants in this cause. FED. R. CIV. P. 58. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
November 15, 2022

1 / 1